# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1050                                               September Term, 2024

EPA-89FR16202

Filed On: May 23, 2025 [2117307]

Commonwealth of Kentucky, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

      Respondents

------------------------------

Alliance of Nurses for Healthy Environments, et al.,
      Intervenors

------------------------------

Consolidated with 24-1051, 24-1052, 24-1073, 24-1091

      **BEFORE:**    Millett and Childs, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

      Upon consideration of respondents' corrected motion to hold cases in abeyance for an additional 30 days, the opposition thereto, and the reply, it is

      **ORDERED** that the motion be granted, and these cases continue to remain held in abeyance pending further order of the court.

      Respondents are directed to file motions to govern by June 23, 2025.

### Per Curiam

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                              BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk